NOV 22 2021 PM 2:25
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_Nirjala Rajkarnikar_ ,
Plaintiff,

v.

_ERNST & YOUNG (EY And Its Partners)_
Defendant(s).

Case No. _3:21-cv-01559 (AWT)_
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: _32 ROBIN RD, WEST HARTFORD CT, 06119._

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _20 CHURCH STREET, 19th FLOOR, HARTFORD, CT 06103._

3.  This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☒   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age.  Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

My Year of Birth is: _____.

☐     Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.     The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)   ☐     Failure to hire me. I was refused a job on the following date(s): _____ _____ .

(B)   ☒     Termination of my employment. I was terminated from my employment on the following date: _____ .

(C)   ☐     Failure to promote me. I was refused a promotion on the following date(s): _____ .

(D)   ☒     Other acts as specified below: _HOSTILE ACTS Against US,_ _againts US Citizens including myself. and ._ _Inhumane acts against myself and United States Citizens._ _and also ~~DAmg~~ global._

2

5.      The conduct of the Defendant(s) was discriminatory because it was based upon:
race [X], color [X], religion [☐, sex [X], age [☐, national origin [X] or disability [☐].  [Please
check all applicable bases for your claim of discrimination and explain further, if
necessary]: _RETALIATION_____

_____HOSTILE   ACTS   AGAINST   U.S.A._____

6.      The facts surrounding my claim of employment discrimination are as follows
[Attach additional sheets, if necessary]:

_____*  Details  are  attached  with  Additional  pages  submitted__

_____with  this  complaints._____

_____*  Also  please  Add  all  the  documents  form_____

_____both  mailed  packaging  including  with this  complaint.__

_____*  Thank — you  Kindly._____

_____

_____

_____

7.      The approximate number of persons who are employed by the Defendant
employer I am suing is:_____1500+_____.

8.      The alleged discrimination occurred on or about the following date(s) or time
period:_04/19/2021_____.

9.      I filed charges with the:

☐      Equal Employment Opportunity Commission

☐      Connecticut Commission on Human Rights and Opportunities

10.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _____.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.     The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☒      Injunctive orders (specify the type of injunctive relief sought): *TO MAKE CORPORATE Best Practices to develop strong internal controls and to monitor them often.*

☒      Backpay; *and to STOP HOSTILE ACTS AGAINST UNITED STATE from FOREIGN countries or Foreign Government or foreign regime.*

☐     Reinstatement to my former position;

☒     Monetary damages (specify the type(s) of monetary damages sought): *The monetary damage set forth by the ~~early~~ jury or court as it seem appropriate.*

☒     Other (specify the nature of any additional relief sought, not otherwise provided for on this form): *TO STOP HOSTILE ACTS Against US for stopping foreign govt regime or froganzh goverment officials from interferring in my life through my employment or other social facts.* AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☑     DO NOT ☐   demand a trial by jury.

_____     _____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____     *NIRJALA RAJKARNIKAR*
Printed Name and address     Printed Name and address
    *32 Robin Road #1*
    *West Hartford CT 06119.*

( ) _____     *(860) 560 - 3115*
Attorney's telephone     Plaintiff's telephone

    *nirj_la @ icloud.com.*
Email address if available     Email address if available

Dated: *11/20/2021*

5

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___HARTFORD , CT___ on ___11/20/2021___.
              (location)                (date)

                                            **Plaintiff's Original Signature**

(Rev. 3/23/16)

6



FILED-USDC-CT-HARTFORD

## Complaint

I have complaint against British Regime for "Hostile Acts" against United States and its citizens like myself. I believe that the British regime is ratcheting up the tensions in the United States, as UK Defense Minster Tobias Ellwood MP believes that the hijacking of their Flag tanker was "hostile Acts" committed by the Iranian regime whist Iran is demanding UK to stop being accessory to what it describes as the Economic Terrorism of the United States.

As UK first wants to deescalate it as UK sees it as part of the wider geopolitical challenge that Iran is facing with the West. To deal solution to their current ship, and therefore to safe sailing of their future Flagged ships in those Costal waters. To be clear, those coastal waters are the critical geo strategic pinch point in the world, and given the volatile nature of Iran Regime, the US vessels were to be skiing together for protection but British MP believes that these "Hostile Acts" were the sudden spike of activity against UK and due to UK looks after the British Flagged ships worldwide, UK has interest right across the Globe, and when threat spikes as this one, they move more of their military assets to the area. They claim that each individual ship – cannot be escorted as a long term solutions, they are claiming that there is a greater need to Recognize that "there is a threat that needs solution" that allows shipping to continue, but ultimately he emphasized on "focus on what is causing it" is the geopolitical stress that Iran is engaging with, only until that is solved, UK would actually see stability in that area.

He is stressing it as a FACT the threat is increased and says if UK wants to continue playing a role on the International Stage, to acknowledge that Threats are changing and all happening beneath the threshold of all-out-war then UK must increase their defense including their Royal Navy and their navy is not big enough to manage their interest across the globe and that is UK's future intensions and that is what their next MP also need to recognize.

MP Tobias when visited IRAN as the Foreign Minister of UK, he saw that the "People of Iran" are desperate for better relationship with international community. UK's argument with IRAN itself, on what Iran itself was doing of Swatting the international business, in the shipping lanes but also its poxy negative influence in Syria, in Yemen, Iraq and Bahrain, and that they are not the acts of nation that are trying to join the international community?

He said that these are not the acts of Nation that really should be trying to join the international community for the benefit of all. He stated that what Iran is doing is that Iran is on receiving end of changes in sanctions from the United States & in return lashing back out, probably to affect the oil price – that is his claim.

When asked about if US would be heading for military complex with Iran, he said everyone is worried about that and that is why the Foreign Secretary & Defense Secretary of UK is making sure that UK is de-escalating it, as he claimed, they have seen the threat is ratcheting up in the Straits of Hormuz & IRAN as a whole and as a bigger picture of the relationship with IRAN and to make sure that UK protect its international shipping.

UK MP Jeremy Corbyn in his tweet said that UK tanker and its crew, that is under Iranian control must be released, the escalation of such threatens the deeper conflict and all sides must show restraint. He said **that US President TRUMP tearing up the Iran Nuclear Deal has fueled the confrontation**, its negotiated reinstatement, is essential to diffuse the war in Gulf.

1





(2021). Worldatlas.com. https://www.worldatlas.com/r/w768/upload/ab/6b/18/strait-of-hormuz.png



*Maps.* (n.d.). Www.bing.com. Retrieved November 20, 2021, from
https://www.bing.com/maps?q=Israel&satid=id.sid%3A1ffafed3-2b37-b871-c271-aa855d98449a

As UK is looking to sanction against Iran over "hostile act",



*UK looking at sanctions against Iran over "hostile act."* (n.d.). Www.youtube.com. Retrieved November
20, 2021, from https://www.youtube.com/watch?v=QMFoJZtpYlU

UK is Defames → UNITED STATES → thru EY GLOBAL for ACCOUNTING & CONSULTING FIRM, here's the proof:

**EY (co-Chaired by His Royal Highness) said ----→ PARIS ACCORD -→ when there is no Paris Accord by United Sates --→ this is causing lashing out of international community towards US -----→ Because UK is making it look like UNITES States is a liar**





As EY Co-chaired by <u>Royal Highness</u> ----→ is a consulting firm for United States ---→ in White House - Biden Administration ----→ as Accounting firm  ------- > and also    --→our Infrastructure and as Consultant for ---→white house & Secretary of State office of Mr. John Kerry.

<u>Clip below explains how (EY – Co chaired by Royal Highness) influenced Biden Administration and -----→ sanctioned from saying "Abraham Accord" and instead gave GUIDANCE to use "Normalization Agreement":</u>



*"Orwell Is Looking Down From Heaven And Smiling": Ted Cruz Exposes Biden Admin Middle East Policy.* (n.d.). Www.youtube.com. https://www.youtube.com/watch?v=Z-FwBFhufBA


**According to Department of State, Abraham Accord is what keeps peace in Middle East by USA, including IRAN**: Abraham Accord is for encouraging efforts to promote interfaith and intercultural dialogue to advance a culture of peace among the three Abrahamic religions and all humanity. It is about the importance of maintaining & strengthening Peace in the Middle East & around the world, based on mutual understanding & c0-existence as well as respect for human dignity and freedom including religious freedom. **Neighboring countries of Israel are: 1.** Egypt 2. Jordan 3. Lebanon 4. Palestinian Territory 4. Syria

https://www.state.gov/the-abraham-accdam/

# The Abraham Accords Declaration

We, the undersigned, recognize the importance of maintaining and strengthening peace in the Middle East and around the world based on mutual understanding and coexistence, as well as respect for human dignity and freedom, including religious freedom.



We encourage efforts to promote interfaith and intercultural dialogue to advance a culture of peace among the three Abrahamic religions and all humanity.

We believe that the best way to address challenges is through cooperation and dialogue and that developing friendly relations among States advances the interests of lasting peace in the Middle East and around the world.

We seek tolerance and respect for every person in order to make this world a place where all can enjoy a life of dignity and hope, no matter their race, faith or ethnicity.

We support science, art, medicine, and commerce to inspire humankind, maximize human potential and bring nations closer together.

We seek to end radicalization and conflict to provide all children a better future.

*The Abraham Accords*. (n.d.). United States Department of State. https://www.state.gov/the-abraham-accords/

So, when UK MP Tobias (who held position of Foreign Minister in past), visited IRAN as the Foreign Minister of UK, he saw that the "People of Iran" are desperate for better relationship with international community. UK's argument with IRAN itself, is on what they are doing not just in those areas of thwarting international business in the shipping lanes, but also in areas as its proxy in negating influence in Syria, Yemen, Bahrain, Lebanon as well, as they are all helpful interventions.

This clearly showed that

1. British Regime, through Co-chairing EY US branch, by Royal Highness, British Regime is playing on the "vulnerabilities" of "IRAN" as well as those international communities who would benefit by "Abraham Accord" that our UNITED STATES CONGRESS has passed, but British Regime is "rather playing a double agent of being ally and foe" --→ through EY US branch to --→ influence US politics and in turn also contributing to US societal discord ----→ to gain its selfish agendas of

7

---→ increasing its Naval Military presence -----→ in International Waters in the Gulf, such as Straits of Hormuz.

2.  British Regime is using "vulnerability of population" on International level just like it used our --→ "New York population of medically ill and hungry Americans" --→ through its "God's Love We Deliver" → by asking to turn in all their Medical history records ---→ or their meal service would be disrupted and also -----→ in turn taking advantage of our Medicaid Funding --→ to go to EY US Branch (Co-chaired by His Royal Highness) as an Indirect Payment.

The difference between "Accord" and "Agreement":

**Accord**

• **Accord** noun
• **Definition of** *accord* **(Entry 2 of 2)**
• **1a:** AGREEMENT, CONFORMITY acted in *accord* with the company's policy
• **b:** a formal reaching of agreement : COMPACT, TREATY a peace *accord*
• **2:** voluntary or spontaneous impulse to act gave generously of their own *accord*
• **3:** balanced interrelationship : HARMONY
• **4** *obsolete* : ASSENT

**Agreement**

• **Agreement** noun
• **Definition of** *agreement*
• **1a:** harmony of opinion, action, or character: CONCORD There is widespread *agreement* on this issue.
• **b:** the act or fact of agreeing She nodded her head in *agreement*.
• **2a:** an arrangement as to a course of action reached an *agreement* as to how to achieve their goal
• **b:** COMPACT, TREATY a trade *agreement*
• **3a:** a contract duly executed (see EXECUTE SENSE *TRANSITIVE* 2) and legally binding
• **b:** the language or instrument (see INSTRUMENT ENTRY 1 SENSE 5) embodying such a contract

**Meanwhile, the news MSN.Com from daily mail reported**:



*Billionaire Ken Griffin snaps up first-edition copy of US Constitution*. (n.d.). Www.msn.com. Retrieved November 20, 2021, from https://www.msn.com/en-us/money/companies/billionaire-ken-griffin-snaps-up-first-edition-copy-of-us-constitution/ar-AAQV5a0?ocid=msedgntp

8

Henceforth, my complaint with British Regime is while, British Regime is "Arguing" with IRAN itself by asking what Iran is doing to contribute, in "Swatting" International Business

**Swatting is an English word & its meaning**:

# Meaning of swatting in English

- Swatting **noun**
- **the** action **of making a** false report **of a** serious emergency **so that a** SWAT team **(=a** group **of** officers trained **to** deal **with** dangerous situations) **will go to a person's** home, **by someone who** wants **to** frighten, upset, **or** cause problems **for that** person

- *Swatting has* become *an* increasingly popular harassment tactic *among* online gamers.
- *A "swatting"* hoax led *to* police shooting dead *a 28-year-old man.*

- **More examples:**
- *Swatting* involves placing *a* hoax emergency call *to* draw *a* strong police response *to an* address.
- *The man who* allegedly placed *the "swatting"* call *has been* arrested.
- *It was only a* matter *of* time *before swatting would* cost someone their life.

swatting. (n.d.). Dictionary.cambridge.org. Retrieved November 20, 2021, from https://dictionary.cambridge.org/dictionary/english/swatting

not only in international business in the shipping lanes, but also in areas as its proxy in negating influence in Syria, Yemen, Bahrain, Lebanon as well, as they are all helpful interventions. **He says that these are not the acts of Nation that really should be trying to join the international community for the benefit of all**. He stated that what Iran is doing is that Iran is on receiving end of changes in sanctions from the United States & in return lashing back out, probably to affect the oil price.

Again, my complaint is

a) British Regime has means to solve this problem, that means is "EY US Branch" that is Co-chaired by His Royal Highness, for "Swatting" international business in the shipping lanes, but also in areas as its proxy in negating influence in Syria, Yemen, Bahrain, Lebanon as well, as they are all helpful interventions.

b) Instead, it is asking IRAN to solve the problem knowing the fact that IRAN is desperately needing "international community support such as Abraham Accord"

c) While British Regime playing Friend & Foe, playing as if a double agent, through its Best Practices that its company EY uses to gaslight the United States population by giving guidance, not to say, "Abraham Accord" by guidance issued by Department of Stated, as a result, on 09/13 of unidentified year, US Ambassador to UN Thomas Greenfield, gave speech about "Abraham Accord" without saying "Abraham Accord".

d) UK Regime seeking our country's troops through NATO, as it already stated that British Naval troops are small in size to protect its own vessels that it oversees Global Shipping, by dangling a bait to IRAN and it can be implied that British Regime wanted that ship to be captured by Iran,

for it sent it without watchful eyes, because UK is using "SWATTING" which is "a false report to bring out rescue teams" by using  Iran as proxy, as MP stated in the video that is on the top page of this complaint.

e) Just as it has used our resources

f) My belief is also that it is British Practices, that is dubbed as "best practices", by EY US, at my workplaces and my School district CRT, Seramont Best Practices, Best Practices in Compliance of "God's Love We Deliver" charity organization.

g) I believe that British regime is using this unfounded "SUDDEN SPIKE" to terrorize the communities across the nations like United States, as it stated British MP stated that "It as A FACT" that rise of threat is "SPIKED" as it needs Swatting, a false report for rescue team to come out.

h) I believe British Regime is also doing such in United States, through the companies that hires, EY US Firm that is Co-chaired by His Royal highness.

i) Even news casting companies, the list that I have presented with my cases against Stanley, Black & Decker and MGM, EY-US clients list, included many of the US's businesses that directly affect my daily life.

j) Corporate best practices, require board directors to look at risk and strategy on a short- and long-term basis. It includes being accountable, as many scandals that have made headlines demonstrate why accountability has such a strong position in best practices for corporate governance. Boards need to develop strong internal controls and to monitor them often, which I found that my companies were lacking resulting to my complaints.

Best Practices for Corporate Governance | Diligent. (2019, March 24). Diligent Insights. https://insights.diligent.com/corporate-governance/best-practices-for-corporate-governance/

## SwattingMeans False Report Made For Recue Team To Come OutAccordingto MerriamWebster dictionary:

- **swat** <u>verb (2)</u> **swatted; swatting; swats**
- **Definition of** *swat*
- *transitive* + *intransitive*
- to make a false report of an ongoing serious crime in order to elicit a response from law enforcement (such as the dispatch of a SWAT unit)
- Examples of uses:
  - Special FBI Agent John Bennett of San Francisco said in a statement to CBS, that those who *swat* want to see "a tactical response" — specifically, they "want to see armed officers, they want to see a bomb, dogs, helicopters  — that's all part of the fun."— Bryn Lovitt
  - The congresswoman had just been " *swatted* ," or subjected to a malicious act in which a person hides their identity, then calls the cops and reports a violent crime at the address of whomever they're targeting. — Ryan Grenoble

Definition of SWAT. (2019). Merriam-Webster.com.
https://www.merriam-webster.com/dictionary/swat          64

10

## SwattingMeans False Report Made For Recue Team To Come Out According to MerriamWebster dictionary:

- **swat** <u>verb (2)</u> **swatted; swatting; swats**
- **Definition of** *swat*
- *transitive* + *intransitive*
- to make a false report of an ongoing serious crime in order to elicit a response from law enforcement (such as the dispatch of a SWAT unit)
- **Examples of uses:**
  - Special FBI Agent John Bennett of San Francisco said in a statement to CBS, that those who *swat* want to see "a tactical response" — specifically, they "want to see armed officers, they want to see a bomb, dogs, helicopters — that's all part of the fun."— Bryn Lovitt
  - The congresswoman had just been " *swatted*," or subjected to a malicious act in which a person hides their identity, then calls the cops and reports a violent crime at the address of whomever they're targeting. — Ryan Grenoble

Definition of SWAT. (2019). Merriam-Webster.com.
https://www.merriam-webster.com/dictionary/swat                    64





*UK looking at sanctions against Iran over "hostile act."* (n.d.). Www.youtube.com.
https://www.youtube.com/watch?v=QMFoJZtpYlU

Defense Minister Tobias Ellwood MP said that it was an important point to make that 'if they want to continue, playing the role, on the "INTERNATIONAL STAGE", bear in mind that

1. "Threats are changing" and All are happening beneath the "THRESHHOLD" of All-Out-War
2. Then UK must invest more in its "DEFENSE"  including its Royal NAVY and
3. But said, UK Royal Nany is "Too Small" to manage their interests across the Globe.

He said that is their "Future Intensions" and the next Prime Minister should also focus on that,

**EY US strategy to set the stage looked like following clips from their video**:

















*How shall thee set the stage for growth?* (n.d.). Www.youtube.com.
https://www.youtube.com/watch?v=fM3xaonSx9s

These clips for "how shall thee set the stage for growth" depicts, "that their son Romeo had sought counsel with some strategic advisors. They suggest that we marry our fortunes with the Capulets. Blasphemy! Fear not. These advisors managed one of the largest mergers in history, creating billions in value. Billions? Plus, they have experts in global trade. This merger shall be a boon for our spice business. And set the course for Growth. Here, here! Fiars, send word for once. Yes, M'lord."

Defense Minister Tobias Ellwood MP said that it was an important point to make that 'if they want to continue, playing the role, on the "INTERNATIONAL STAGE", bear in mind that

1.    "Threats are changing" and All are happening beneath the "THRESHHOLD" of "All-Out-War"
2.    Then UK must invest more in its "DEFENSE" including its Royal NAVY and but said,
3.    UK Royal Navy is "Too Small" to manage their interests across the Globe.

And He said that is "Their Future Intensions" and the next Prime Minister need to recognize. When asked for "How Dangerous is "Iran Regime", he answered to saying that he saw Iran is "DESPARATE" for "Better International Community".

19

He argued with Iran on "what Iran itself was doing in Swatting the international business, in the shipping lanes but also its poxy negative influence in Syria, in Yemen, Iraq and Bahrain, and that they are not the acts of nation that are trying to join the international community".

As I saw, EY influenced, Biden Administration, did not even use the phare "Abraham accord" that was supposed to help build these nations relationships as our allies.

UK Defense Minister also said that what they are doing is that due to they are on the receiving end of the changes of sanctions from the United States, and rather lashing out on UK, "probably to affect the oil price."