<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>



This Photo by Unknown Author is licensed under CC BY-NC-ND

Photo Credits iStock

JAN 24 2022 PM3:50
FILED-USDC-CT-HARTFORD

## <u>In Summary, The 3 Rules of Thumb For Individuals & Policy Makers:</u>

- Do Not Let US Debt rise faster than income – Because our debt burden will eventually crush us.
- Do Not Let income rise faster than productivity – Because we eventually become UnCompetitive
- Do all we can to raise our productivity – Because in long run that's what matters most.



and in the United States back in 1929.

THE UNITED STATES DEBT BURDEN

*1929*

*2008*

<u>Solution Step 1</u>

Laying Short-Term Debt Cycle On Top of
Long-Term Debt Cycle &
Then Laying Productivity Growth Line
Gives Reasonably Good Template for Seeing

- **Where we have been**
- **where we are now**
- **where we probably headed**

<u>Bibliograpgy:</u>

*Peter Schiff: US PRODUCTIVITY IS COLLAPSING (As A Man Thinketh).* (n.d.). Www.youtube.com. Retrieved January 21, 2022, from https://www.youtube.com/watch?v=o_m9CJO68yg

*Elton John & Dua Lipa - Cold Heart (Lyrics) (PNAU Remix).* (n.d.). Www.youtube.com. Retrieved January 17, 2022, from https://www.youtube.com/watch?v=QR5hB59NaOw

*Macau's casino giants rally after gaming bill revealed.* (n.d.). Www.msn.com. Retrieved January 17, 2022, from https://www.msn.com/en-us/money/other/macau-s-casino-giants-rally-after-gaming-bill-revealed-ar-AASQoen?ocid=msedgntp

Principles by Ray Dalio. (2013). How The Economic Machine Works by Ray Dalio. In *YouTube.* https://www.youtube.com/watch?v=PHe0bXAIuk0

*Can Detroit Be Saved?* (n.d.). Ebrary. Retrieved January 21, 2022, from https://ebrary.net/69134/geography/detroit_saved

Abandoned Central. (2021). Exploring Abandoned Detroit - The City of Neglect Documentary. In *YouTube.* https://www.youtube.com/watch?v=UbTAxjZC_UE

Dear EY-US Team, President Biden & US Congress,

As the study showed that we are facing this Fringe Movement that is interested in

1. Overthrowing the country (United States of America)
2. Overthrowing U.S. Government and
3. Annihilating the people of color

What are the steps that our country & Biden Administration, EY-US Consultants and U.S. Congress is taking in resolving them? Is your administration having protocols in facilitating such mechanism for our Nation? When is administration going to address this, we are waiting on you to address this? Again,

✓ Significantly some of the other countries that Ms. Belew had learned from her colleagues, do have that kind of mechanism, where our first stop is not the police or the FBI.

✓ As your team is focused in helping protect Ukraine & other countries, our nation believes that your administration also must put significant effort to protect United States and people.

✓ Why these mechanisms are available in other nations but not for United States?

## Meanwhile, every day, parents drop off their children at Schools that essentially enlist kids as "Foot Soldiers" In Extremist Political Crusade:

Parents must work, so they go to work to pay taxes for our country, so the government have income to run this home called United States. Those parents drop off their children every morning at schools. But the schools in United States, please have a look yourself. According to Katherine Kirsten, from The American Experience, states that this is new set of standards that will inject the toxic ideology of ethnic studies – what that means is that ideology will replace the basic factual knowledge that kids to be informed citizens and enlist them in as Foot Soldiers is an extremist Political Crusade. One of the new ideas that elementary kids will be forced to ingest is

- Anti-Policing Benchmarks
- This is taught under new ethnic studies titled Resistance
- To Resist America's Fundamental, Social & Political Institutions



**ETHNIC STUDIES WILL TURN SCHOOLS INTO EXTREMIST BOOT CAMPS**

"Minnesota's new ethnic studies standards will drill three ideological tenets into kids' heads: that their skin color determines their "identity"; that life is a zero-sum power...

KATHERINE KERSTEN, THE STAR TRIBUNE

MINNESOTA SCHOOLS BREEDING KIDS TO BE EXTREMISTS

**ETHNIC STUDIES WILL TURN SCHOOLS INTO EXTREMIST BOOT CAMPS**

...struggle between race-based oppressor and victim groups; and that American history is a shameful story of domination, marginalization and injustice."

KATHERINE KERSTEN, THE STAR TRIBUNE

MINNESOTA SCHOOLS BREEDING KIDS TO BE EXTREMISTS

- 5th graders will study Alleged Roots of Contemporary policing in Early America. What it does is, teach the idea that "Policing grew directly out of Slave Patrols of the old south."
- 6th Graders will study The Juvenile Justice System and the way hit has allegedly unfairly targeted Disenfranchised groups.

1

- High schoolers will study Social Construction of Criminality. Which means that the idea of criminality was made up to be used as a tool of Racial Oppression against Kids.



This Photo by Unknown Author is licensed under CC BY-SA

The result is that kids are going to think that policing and the justice system are racist and therefore must be "Resisted". It's a toxic ideology, very destructive ones. This is Minnesota Statewide Standards. The headline news says, "Ethnic Studies turn schools into Extremist Boot Camps". It says so because these schools have adopted the standards that drills 3 – Ideological – Tenets into kids' heads. They are,

1. That their skin color determines their "Identity"
2. That life is a Zero-Sum Power Struggle between race-based oppressor & victim groups &
3. That American History is a shameful story of Domination, Marginalization, and Injustice.

It is not just one school, there are almost all, for it is managed by Panorama. Parents like me did not know all this until saw at school district, yet there are no laws against it.

## Ms. Belew Study Showed That This White Power (Not White Supremacy) Movement Being More Than Just That Because It:

- Opposed to the interests of United States
- Oriented towards the overthrow of Federal Government of United States
- And in the hub, imagining a trans-national white Aryan Nation that is NOT The United States



This Photo by Unknown Author is licensed under CC BY

## Ms. Belew's Study Showed:

1. White Power (not White Supremacy) movement is motivated in 2-things,
   a. Overthrowing our country &
   b. Annihilating the people of color
2. Anti-Fascist movement is interested in stopping them from doing that

Ms. Belew states that the Phrase White Power Confuses this Issue she is talking about. In the White Power movement, they are imagining a trans-national white Aryan Nation & Not the United States that would unite white people all around the world in common cause & common purpose.

- The nation in white nationalism after 1983 is not the United States.
- The nation in white nationalism on the fringe is the Aryan Nation.
- It is hub The White Power movement, opposed to the interests of the United States because it is oriented towards the overthrow of the federal government.

Ms. Belew points out that from 1983 forward, it is directly in conflict with the "Oath of Induction" to be in the white power movement because if you have pledged to defend the nation from all enemies foreign and domestic, then you should not be enemy domestic. So, there are white power members in the military as active-duty troops, and there are also former & current troops who are not ideologically motivated but motivated by profit to help these people out. Then there is a system of inaction that Ms. Belew points out that needs to direct focus to as it takes long time for military to address this problem, as she takes it as Incomplete response in the present.



This Photo by Unknown Author is licensed under CC BY-SA

## Meanwhile, Business Insider Reports US super-bubble will pop wiping out $35 Trillion in Stocks & Housing: And MSN news reports President

Biden's administration on inflation situation as of mid-January 2022 says he has more work to do on fighting price hikes as inflation frustrations threatens president's domestic plans, Business insider broadcasted news stating US super-bubble will pop wiping out $35 Trillion in Stocks & Housing To help understand what that means, Dalio's How Economic machine Works is bit helpful.





3

## While The 3-Rules of Thumbs for Better Economy Is:

### *Rule One*

# DON'T HAVE DEBT RISE FASTER THAN INCOME.

### *Rule Two*

# DON'T HAVE INCOME RISE FASTER THAN PRODUCTIVITY.

### *Rule Three*

# DO ALL THAT YOU CAN TO RAISE YOUR PRODUCTIVITY.

Yet, US Gross National Debt only rising:





This Photo by Unknown Author is licensed under CC BY

This Photo by Unknown Author is licensed

4

## All While Pro-Active Measures Are Always There:

According to expert however, laying the country's <u>short-term debt cycle</u>s on top of the <u>long-term debt cycle</u> and <u>then laying productivity growth line</u>, gives a reasonably good template for seeing

- Where our country has been,

- Where our country is now &

- Where our country is probably headed



## Bibliography:

*Bring the War Home — Kathleen Belew*. (n.d.). Www.hup.harvard.edu. Retrieved January 20, 2022, from <u>https://www.hup.harvard.edu/catalog.php?isbn=9780674286078</u>

Kathleen Belew - White Power and Paramilitary America - 09/21/19. (n.d.). Www.youtube.com. <u>https://www.youtube.com/watch?v=nNsfdHL2wtc</u>

Kapic, M. (2020, August 18). *America's Threat: Debt*. Hunt for Liberty. <u>https://huntforliberty.com/americas-threat-debt/</u>

MSN. (n.d.). Www.msn.com. Retrieved January 20, 2022, from <u>https://www.msn.com/en-us/news/us/minnesota-schools-breeding-kids-to-be-extremists-columnist/vi-AASWuUV?ocid=msedgntp</u>

*Biden concedes he has "more work to do" on fighting price hikes as inflation frustrations threaten his domestic agenda*. (n.d.). Www.msn.com. Retrieved January 17, 2022, from <u>https://www.msn.com/en-us/news/politics/biden-concedes-he-has-more-work-to-do-on-fighting-price-hikes-as-inflation-frustrations-threaten-his-domestic-agenda/ar-AASHMZY?ocid=BingNewsSearch</u>

*Jeremy Grantham predicts the US "superbubble" will pop, wiping out $35 trillion in stocks and housing. Here are the 11 best quotes from his new note*. (n.d.). Www.msn.com. Retrieved January 21, 2022, from <u>https://www.msn.com/en-us/money/markets/jeremy-grantham-predicts-the-us-superbubble-will-pop-wiping-out-35-trillion-in-stocks-and-housing-here-are-the-11-best-quotes-from-his-new-note/ar-AAT0d06?ocid=msedgntp</u>

<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>

According to expert Ray Dalio, in 2013 the United States Total Amount of Credit is about $50 Trillion & Total Amount of Money is about $3 Trillion



People, Businesses, Banks, Governments, all engages in transactions of exchanging (money or credit) for goods, services, and assets. The biggest buyer & seller is the government:



<u>The biggest Buyer & Seller is The Government</u> which <u>consist of</u> two important parts: A Central Government that collects taxes & spends money and ACentral Bank which is different from other buyer & selles because it controls the amount of money and credit in the economy.



It does this by  1. Influencing Interest Rates and 2. Printing New Money. For these reasons <u>Central Bank</u> is an important player<u> in the flow of CREDIT</u>.



1

Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022

It is the most important part because it the Biggest & Most Volatile part of the economy because lenders usually want to make their money into more money:



Just like buyers & sellers go to market to make transactions, Lenders & Borrowers do too. But the Lenders usually want to make more money & Borrower usually want to buy something they cannot afford like house or a car or start a business: Borrowers promise to repay the amount they borrow called Principal plus the additional amount called interest. When that promise is accepted by both, credit is created. But its tricky because as soon as it created it is not settled as cash transaction, but it immediately turns into Debt, which is Asset to the lender & liability to the borrower. Reality is most of what people called money is credit, the total amount of credit in the USA is about &50 trillion and the total amount of money in the USA is about $3 trillion. In the economy without credit the only way to increase your spending is to produce more. But in the economy with credit, you can also increase your spending by borrowing.

As a result, an economy with credit has More spending & Allows income to rise faster than productivity

> In a short run

> But not over the long run.

> But not to get it wrong, credit is not necessarily something bad, it just causes cycles



Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022



It is bad when it finances over-consumption that can't be paid back & it is good when it allocates resources & produces income so you can pay back the debts. For example if you borrow money to buy a big TV, it does not generate income for you to pay back debt, but if you buy a tractor it lets you harvest more crops & earn more money than you can pay back debt & improve your living standards.



<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>

In an economy with credit, we can follow the transactions & see how credit creates growth.  Let's take an example: Suppose you earn $100,000 a year & have no debt.  You are creditworthy enough to borrow $10,000 dollars, say on a credit card, so, you can spend $110, 000 dollars even though you only earn $100,000. Since your spending is another person's income, someone is earning $110,000 dollars. The person earning $110 k, with no debt can borrow $11,000 dollars

- so now, he can spend $121,000 dollars, even though he only earned $110k.
- His spending is another person's income.
- By following transactions, we begin to see how this process works in <u>self-reinforcing pattern</u>.



<u>*Borrowing creates cycle that goes up & eventually needs to come down*</u>,

- leading into short term debt Cycle.
- As the activity increases, we see an EXPANSION, the 1st Phase of the "SHORT TERM DEBT CYCLE"
- As the spending continues to increase & prices start to rise

<u>*In 2014:*</u>



This Photo by Unknown Author is licensed under CC BY-SA

4



## *This happens because*

- *The Spending continues to rise because the increase in spending is fueled by credit.*
- *Which can be created instantly out of thin air.*
- *When the amount of spending & income grows faster than the production of goods, Prices Rise.*

## *We call this Inflation* The central bank does not want too much inflation because it causes
problems. Seeing prices rise, it increases Interest Rates. So, fewer people can afford to borrow money.





<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>



And the Cost of existing debt rises. Think about it as the monthly payment of your credit cards going up. Because people borrow less & higher debt repayments, they have less money left over to spend. So, the spending slows. And since one person's spending is another person's income, then Incomes drop. And so on & so forth. When people spend less, the prices go down. We call this Deflation.



### <u>Economic Activities decreases and have a Recession</u>.

- If the recession becomes too severe &
- Inflation no longer a problem
- The Central Bank will lower the interest rate for everything to pick up again

With low interest rates, Debt repayment are reduced and borrowing & spending peck up & we see another Expansion. As you can see the economy works like a machine. In "Short Term Debt Cycle" spending is constrained only by the willingness of lenders & borrowers to provide & receive credit. The short-term

debt cycle typically last 5-8 years & <u>happens repeatedly for decades</u>. But notice that the bottom & top of each cycle with more growth than previous cycle & with more debt:



## *Hereby deserving Elton John & Dua Lipa's Hit Remix Song:*

Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022



## WHY? _Because People Push It_:

They have inclination to borrrow & spend more than paying back the debt first. It is human nature. Because of this over a long periods of time, debts rise faster than incomes – creating the "Long Term Debt Cycle". Despite borrower becoming more inbebted lenders even more freely extend credit.



8

Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022

## _Why? Because, Everyboby thinks things are going great & focused on what's been happening lately & what's been happening lately usually are:_

- _Incomes be rising or flowing_
- _Asset values be rising_
- _The stock market roars_

_Like MGM Lion Roars, it's a Boom!_



Meanwhile shares in Macau's casino giants surged Monday morning 01/17/2022 after the world's biggest gambling hub announced changes to its regulations, reducing the uncertainty that has plagued the lucrative sector's six operators. The Chinese territory's multibillion-dollar industry has been on tenterhooks ever since officials announced plans to overhaul the sector last September, but new rules unveiled on Friday were less punishing than expected. Shares in all six casino operators rallied early Monday in Hong Kong, with

- Sands China gained almost 13 % jump
- Wynn Macau at 9.6 %
- MGM Macau  -- two massive properties in Macau, --  8.1 % jump
- Galaxy Entertainment gained 7%
- Melco International gained 6.2 % respectively
- SJM Holdings  5% smallest bump, though still substantial

Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022







This Photo by Unknown Author is licensed under CC BY-NC-ND



This Photo by Unknown Author is licensed under CC BY-NC-ND

Okay so, it pays to buy goods, stocks & Financial assets with BORROWED money. When people do a lot of that, we call it a Bubble. So as much as the debt growing- incomes have been growing nearly as fast to offset them. lets call the ratio of Debt-to-Income – "The Debt Burden."

<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>



So as long as Income continues to rise, the Debt burden stays manageable. At the same time Asset values soar. Borrowers borrow huge amonts of money, buying assets or investments (like stocks or houses), borrowers feel wealthy.So, even with the accumulating of lots of debt, rising concerns and asset values help borrowers remail creditworthy for a loooooong time.



# But this obviously cannot continue forever & it doesn't:

- Over Decades, debt burden slowly increase creating larger & larger debt repayments.
- At some point – Debt payment start growing faster than income
- Forcing  to cut back on their spending

## And since one person's spending is another person's income

- Incomes begin to go down
- Which makes people less creditworthy causing borrowing go down
- Debt Re-payments continue to rise, causing spending to drop further & cycles repeat itselves

# This is the long term debt PEAK. Debt Burdens become simply become too big. For United States, Europe & much of the world:

- 2008 - This happened in 2008 in USA & much of Europe
- 1989 - It hhappened for the same reason it happened in Japan in 1989
- 1929 - In United States it had happened back in 1929 also

11



## Now The Economy Begins Deleveraging Where People had to

- Cut spending, Stock market Crash, Social Tension rise, Incomes fall,  Credit disapears, Asset prices drop, whole & whole thing start to feed itselfthe other way
- As incomes fall & Debt repayments rise – borrowers get squeezed & no longer creditworthy, credit dries up & borroweres can no longer borroe enough to make their debt re-payments, borrowers are forced to sell assets.
- Rush to sell assets flood the market as the same time as spending. This is when Market collapses.



This Photo by Unknown Author is licensed under CC BY-SA-NC

The real estate market tanks & banks get into trouble. Assets price drops, the lowering the interests won't work in deleveraging because interest rates are already lower & soon hits 0%. So the stimulate ends. Amomg all the same time it needs to increse the spending because unemployment risen, many of the unemployed have inadequate savings  and need financial support from the government. Additionally

govenmtnt creates stimulus plan. To increase spending to make up for decrese in economy. Government budget explodes in deleveraging for they spend nore than they make in taxes. That's what is happening when hear Budget Deficit on the news. To fund their deficit,  Government has to Raise taxes or Borrow money. But with the income failing and so many unemployed who is the money come from? The rich. Since government need money & wealth is concentrated in small margin of people, government raise taxes on wealthy which facilitates re-distribution of wealth in the economy.

## Printing money solution could also be abused, and easy to do:

The key is to avoid printing too much money, causing unacceptabley high inflation, the way Germany did during its delevaraging in 1920s.



This Photo by Unknown Author is licensed under CC BY

## If Policymakers Achieve Right Balance, Deleveraging Isn't So Dramatic:

1. Growth is slow but debt burdens go down
2. That's a Beautiful Deleveraging
3. Eventually economy begins to grow again

With income rising and borrowers begins to be credit worthy, lenders begin ro lend again  and debt finally begin falling leading to Reflation phase of long term debt cycle. Though deleveraging process can be hard if handled badly, and if handled well, it will eventually fix th problem. It could roughly take 10 years for debt burden to fall & economic activity to get back to normal hence the term "Lost Decade". In closing, of course the Economy is little more complicated than this template suggests.

## However Laying Short-Term Debt Cycle On Top of Long-Term Debt Cycle & Then Laying Productivity Growth Line = Gives A Reasonably Good Template for Seeing

- Where we have been,
- where we are now &
-  where we are probably headed.

13

Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022



# So, In Summary 3 Rules of Thumb That Would Be Helpful for Individual or For Policy Makers for Our Country:

1. <u>Don'r have debt rise faster than income</u> – Because our debt burden will eventually crush us.
2. <u>Don't have income rise faster than productivity</u> – because we eventually become UnCompetitive
3. <u>Do all we can to raise our productivity</u> – Because in long run that's what matters most

# Meanwhile, American Household Battleing Expenses:



This Photo by Unknown Author is licensed under CC BY

14

<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>

# <u>Please Raise USA's Productivity – Because in Long Run, That Is What Matters Most</u>.

- Rather than blaming to Supply Chain Issue
- USA Productivity is Crashing



## <u>Meanwhile:</u>



This Photo by Unknown Author is licensed under CC

This Photo by Unknown Author is licensed under CC BY-





<u>Issue Is Not Supply Chain But Trend of USA Productivity Crashing Since 1929 – 2008 - 2022</u>

## Meanwhile Once Upon Time, Detroit City in USA:

 

Photos Credits iStock

## Federal Spending Rose; Federal Spending Fell In Detroit:

Can Detroit Be Saved? The problems of Detroit are in part problems of national policy that has allowed cities to fall to the bottom of the priority list for the last forty years. Following a burst of spending on community development and social services in the 1960s and early 1970s, federal urban spending steadily fell as President Gerald Ford told cities to "drop dead," Jimmy Carter focused on an anti-inflation agenda, Ronald Reagan reduced federal urban spending from 12 percent to 3 percent of the budget, and the George H. W. Bush, Bill Clinton, George W. Bush, and Barack Obama administrations followed suit by doing little to create new jobs or to support impoverished neighborhoods.

## Now American Horror Story of Motor City Detroit, Then & Now:




This Photo by Unknown Author is licensed under CC BY-SA-NC

 


1927          Present

This Photo by Unknown Author is licensed under CC BY-SA-NC

16