```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
NIRJALA RAJKARNIKAR,             :
                                 :
          Plaintiff,             :
                                 :
v.                               :   Civil No. 3:21-cv-1559(AWT)
                                 :
ERNST & YOUNG,                   :
                                 :
          Defendant.             :
-------------------------------- x
```

**ORDER SETTING DEADLINE FOR SERVICE OF THE COMPLAINT**

The complaint in this action was filed on November 22, 2021. Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

There is no indication in the record here that the defendant was served within 90 days after the complaint was filed, i.e. by February 20 2022. Rather than dismiss the action without prejudice, the court is ordering that service be made and a return of service filed by **April 16, 2022.**

Failure to comply with this order will result in the action being dismissed without prejudice.

Signed this 22nd day of February 2022, at Hartford, Connecticut.

>          /s/ AWT
>     Alvin W. Thompson
> United States District Judge