# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NIRJALA RAJKARNIKAR,** : | |
| : | |
| Plaintiff, : | CASE NO. 3:21-cv-1559 (AWT) |
| : | |
| v. : | |
| : | |
| **ERNST & YOUNG,** : | |
| : | |
| **Defendant.** : | |
| : | |

## JUDGMENT

This action came on for consideration of the defendant's motion to dismiss the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, issued an order granting the defendant's motion to dismiss without prejudice. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing this case without prejudice, and the case is closed.

Dated at Hartford, Connecticut, this 10th day of August, 2022.

DINAH MILTON KINNEY, Clerk

By /s/ Linda S. Ferguson
` Linda S. Ferguson
Deputy Clerk

EOD: 8/10/2022